UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DIVISION

BRIAN AND LYNNE COONEY                          PLAINTIFFS

                                                                                CIVIL ACTION

VERSUS                                            NO:  1:06-cv-399-LTS-RHW

STATE FARM FIRE & CASUALTY COMPANY              DEFENDANT


## MOTION TO ENROLL
## AS PRO HAC VICE COUNSEL OF RECORD

ON MOTION of Charles A. Boggs, on behalf of the plaintiffs, Brian and Lynne Cooney, who move to enroll admission pro hac vice, Thomas E. Loehn, for the sole purpose of representing plaintiff in this instance case. As set out in the attached Exhibit "A", a Certificate of Good Standing from the Louisiana State Bar, Mr. Loehn was admitted to practice law in the State of Louisiana in 1976 and is in good standing there. As shown by the attached Exhibit "B", Affidavit of Thomas E. Loehn, Mr. Loehn has never been subject of any disciplinary proceedings in the courts of Louisiana or in the courts of any other state in which he has been admitted to practice pro hac vice.

Further, in compliance with Federal Rules of Appellate Procedure 46, I certify that I agree to be associated with Thomas E. Loehn in this matter.

Respectfully submitted,

BOGGS, LOEHN & RODRIGUE

_____
CHARLES A. BOGGS (MS #101734)
3616 South I-10 Service Road, W, Suite 109
Metairie, LA 70001
Telephone: (504) 828-1202
Facsimile: (504) 828-1208

_____
THOMAS E. LOEHN

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon all counsel of record in these proceedings:

**Via Fax (662) 234-2000 and U. S. Mail**

H. Scot Spragins, Esquire

Hickman, Goza & Spragins, PLLC

P. O. Drawer 668

1305 Madison Avenue

Oxford, MS 38655-0668

by facsimile and/or U.S. Mail, postage prepaid and properly addressed, on this 26th day of July, 2006.

_____
CHARLES A. BOGGS

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

_____ Mr. Thomas E Loehn _____

whose address is _____ 3616 S I-10 Service Rd W Ste 109 _____

_____ Metairie, LA 70001 _____

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the ____1st____ day of ___October___, __1976__.

Given over my hand and the Seal of the Louisiana State Bar Association, this ___26th___ day of ___July___, __2006__.

*[signature]*

*Executive Director*
*Louisiana State Bar Association*